JOHN S. SHEPPARD et al., as Receivers of BRADLEY CONTRACTING COMPANY, Appellants, *v.* THE CITY OF NEW YORK, Respondent.

*Contract — action to recover on contract for public work — when contractor barred by acceptance of " final payment " from enforcing demand for further payments.*

*Sheppard* v. *City of New York*, 196 App. Div. 940, affirmed.

(Argued May 11, 1922; decided May 31, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1921, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was to recover moneys alleged to be due on a contract for public work. The trial court sustained a defense pleading payment by defendant and acceptance by plaintiffs of the $251,857.62 as the " last and final payment provided by the contract," and alleging that by such acceptance plaintiffs, under the terms of the contract, were barred and concluded and had released defendant.

*Frederick L. C. Keating* and *John S. Sheppard* for appellants.

*John P. O'Brien, Corporation Counsel (John F. O'Brien, Willard S. Allen, Edward F. Bennett* and *Charles C. Smith* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.